DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**V.B.,** the Father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and
**GUARDIAN AD LITEM PROGRAM,**
Appellees.

No. 4D19-1067

[October 15, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Yael Gamm, Judge; L.T. Case No. 16-3010 CJ DP.

Bernard R. Appleman of the Law Office of Bernard R. Appleman, Fort Lauderdale, for appellant.

Kristie L. Hatcher-Bolin of Gray Robinson, P.A., Lakeland, and Thomasina F. Moore, Tallahassee, for Appellee Guardian ad Litem Program.

Ashley Moody, Attorney General, Tallahassee, and Carolyn Schwarz, Assistant Attorney General, Fort Lauderdale, for Appellee Department of Children and Families.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***